# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY SATER, | Case No. 2:21-cv-00330-JVS-(Ex) |
|        Plaintiff, | (Honorable James V. Selna) |
|    vs. | **ORDER DISMISSING ACTION WITH PREJUDICE** |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | |
|       Defendant. | **[FRCP 41 (a)]** |
| | Complaint Filed:  1/14/21 |

ORDER DISMISSING ACTION

1032292\309465473.v1

**ORDER**

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed in its entirety with prejudice as to all parties.  Each party shall bear his or its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated:  December 03, 2021          _____
                                             Hon. James V. Selna
                                             United States District Judge

1032292\309465473.v1